OCTOBER 14, 1986

No. 85–1886. NATIONAL ASSOCIATION OF RETIRED FEDERAL EMPLOYEES ET AL. *v.* HORNER, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, ET AL. Affirmed on appeal from D. C. D. C.

No. 86–236. MARENO *v.* ROBERTS, COMMISSIONER OF LABOR OF THE STATE OF NEW YORK. Appeal from App. Div., Sup. Ct. N. Y., 3d Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–257. POINTON, DBA SIERRA POINTON FUND, INC. *v.* FIDELITY NATIONAL BANK, N. A. Appeal from Ct. App. Okla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–302. CHISUM *v.* RAVINE ET AL. Appeal from Sup. Ct. Alaska dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–5358. PERKINS *v.* HARTIGAN, ATTORNEY GENERAL OF ILLINOIS, ET AL. Appeal from C. A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–265. G & M RICHMOND *v.* CITY OF RICHMOND HEIGHTS, OHIO. Appeal from Ct. App. Ohio, Cuyahoga County, dismissed for want of substantial federal question.

No. 86–5329. SAADIQ *v.* IOWA. Appeal from Sup. Ct. Iowa dismissed for want of substantial federal question.